UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **CHARLES E. JONES** | **CIVIL ACTION NO. 20-0655** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **AUSTIN BLACKMAN, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that the following are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted: (1) Plaintiff Charles E. Jones's claim that Blackman and Mitchell placed him in administrative segregation without a prior administrative hearing; (2) Plaintiff's negligence claim; (3) Plaintiff's access-to-court claim; (4) Plaintiff's claim that Ruby Stanley refused to return his work release job; and (5) Plaintiff's request for relief concerning lost good-time credits.

MONROE, LOUISIANA, this 21st day of August, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE