## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **CHARLES E. JONES** | **CIVIL ACTION NO. 20-0655**<br>**SECTION P** |
| **VS.** | **JUDGE TERRY A. DOUGHTY** |
| **AUSTIN BLACKMAN, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 63] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Partial Summary [Doc. No. 47] filed by Defendant Ruby Stanley ("Stanley") is **GRANTED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's conversion claim against Stanley is **DISMISSED WITH PREJUDICE.**

MONROE, LOUISIANA, this 19th day of October 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE