## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| CHARLES E. JONES | CIVIL ACTION NO. 20-0655<br>SECTION P |
| VS. | JUDGE TERRY A. DOUGHTY |
| AUSTIN BLACKMAN, ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 66] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Partial Summary Judgment [Doc. No. 48] filed by Defendants Austin Blackman, Ray Hansen, Officer Mitchell, and John Toffton is **GRANTED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the remainder of Plaintiff's claims, more specifically, the Fourth Amendment, Eighth Amendment, and retaliation claim are **DISMISSED WITH PREJUDICE.** All of Plaintiff's claims have now been dismissed. This case is now closed.

MONROE, LOUISIANA, this 9th day of December 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE